## UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Savidis v. Davol, Inc., et al.*
Case No. 2:22-cv-2127

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 5.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1).  "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Tanya Savidis was appointed the executrix of Plaintiff's estate. (ECF No. 5-1.)  Plaintiff now moves for the substitution of Tanya Savidis, as Executrix of the Estate of Paris Savidis, as the proper plaintiff.  (ECF No. 5.)  Plaintiff's unopposed Motion to Substitute is **GRANTED**.  The Clerk is directed to substitute Tanya Savidis, as Executrix of the Estate of Paris Savidis, as Plaintiff in place of Paris Savidis.

IT IS SO ORDERED.


6/7/2023                           s/Edmund A. Sargus, Jr.
**DATE**                           **EDMUND A. SARGUS, JR.**
                                   **UNITED STATES DISTRICT JUDGE**